**In re Christopher J. RUDY.**

No. 2011–1556.

United States Court of Appeals,
Federal Circuit.

Feb. 21, 2012.

Christopher J. Rudy, of Port Huron, MI, pro se.

Coke Morgan Stewart, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor and Thomas W. Krause, Associate Solicitor.

NEWMAN, Bryson, Circuit Judges, and FOGEL, District Judge *.

## JUDGMENT

PER CURIAM

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**Harold D. SAVITZ, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7174.

United States Court of Appeals,
Federal Circuit.

Feb. 21, 2012.

---

\* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.